## RECONSIDERATION DOCKET

**91–1259.   Forbes v. Midwest Air Charter, Inc.**
Cuyahoga App. No. 56815. Reported at 86 Ohio St.3d 83, 711 N.E.2d 997. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1.   Specht v. BP Am., Inc.**
Cuyahoga App. No. 71899. Reported at 86 Ohio St.3d 29, 711 N.E.2d 225. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.